**Order entered February 17, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00092-CV**

**IN RE: ESTATE OF FLO DELMARENE MCCARTHY, DECEASED**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-00439-1**

**ORDER**

Before the Court is the February 15, 2023 request of Jackie Galindo, Official Court Reporter for Probate Court No. 1, for an extension of time to file the reporter's record. Appellee has filed a motion to dismiss the appeal for want of jurisdiction. Appellant's response to the motion is due on February 20, 2023. In light of the pending motion to dismiss, we **SUSPEND** the deadline for the reporter's record. Should the Court determine it has jurisdiction over the appeal, it will set a new deadline for the reporter's record.

/s/ KEN MOLBERG
JUSTICE